IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| REDA MARELLA | : | CIVIL ACTION |
| v. | : | No. 19-4970 |
| ALLSTATE INSURANCE CO. | : | |

## ORDER

AND NOW, this 10th day of February, 2020, upon consideration of (1) Defendant Allstate Insurance Co.'s Motion to Dismiss, Plaintiff Reda Marella's opposition, Allstate's reply; (2) Plaintiff Reda Marella's Motion to Remand, and Allstate's opposition; and (3) the parties presentations on the Motions at the January 21, 2020, oral argument, and for the reasons stated in the accompanying Memorandum it is ORDERED:

- The Motion to Dismiss (Document 4) is GRANTED.
- The Motion to Remand (Document 9) is DENIED.
- The Motion for an Extension of Time to File a Response (Document 8) is GRANTED.
- The Complaint is DISMISSED with prejudice and without leave to amend.
- The Clerk of Court is DIRECTED to mark this case CLOSED.

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, C.J.